Castel, K.

PROSKAUER ROSE LLP
Allan H. Weitzman (7926)
Eleven Times Square
New York, New York 10036
T: (561) 995-4760
F: (212) 969-2900
aweitzman@proskauer.com
Attorneys for Petitioners

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CROSS COUNTRY CONSTRUCTION;
ROGERS & SONS CONCRETE, INC.;
SORBARA CONSTRUCTION CORP.;
HUNTER GC L.L.C.; PARK AVENUE
CONCRETE; PINNACLE INDUSTRIES
II, LLC; REGAL USA CONCRETE, INC.,

                        Petitioner,

- against -

THE DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                        Respondent.

-----------------------------------------------------------X

**JOINT STIPULATION FOR ENTRY OF FINAL ORDER CONFIRMING ARBITRATION AWARDS**

15 Civ. 5215

(Filed as a related case to 90 Civ. 5722 (RMB))

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this Court shall confirm the eight (8) Cease and Desist Consent Orders collectively attached as the "Appendix" to Final Order Confirming Arbitration Awards attached hereto, issued by Arbitrators Richard Adelman and Martin F. Scheinman, (the "Consent Orders"), and the Consent Orders shall be made a Final Order of this Court (the "Final Order"), and further that the Court shall close this case, without costs in this action to either party, except that the Court shall retain jurisdiction to adjudicate any claimed violation of the Final Order and to enforce the

provisions of the Final Order after entry, by contempt or otherwise as determined by the Court. By entering into this Stipulation and consenting to entry of the Final Order, Respondent does not admit, but expressly denies, and continues to deny, that it has violated the Project Labor Agreements ("PLAs") which are the subject of the Consent Orders, and denies that Respondent has in any way authorized, ratified, or otherwise approved or encouraged, any work stoppage, strike or job action on any of the PLA projects as alleged in the Petition or otherwise. The Final Order is attached hereto as "Exhibit A."

Dated: July __, 2015
New York, New York

Dated: July __, 2015
Melville, New York

PROSKAUER ROSE LLP

By: _____
Allan H. Weitzman (7926)
Eleven Times Square
New York, New York 10036
(212) 969-3000
*Attorneys for Petitioners*

ARCHER, BYINGTON
GLENNON & LEVINE LLP

By: _____
Robert T. McGovern
One Huntington Quadrangle, Suite 4C10
PO Box 9064
Melville, NY 11747-9064
(631) 249-6565
*Attorneys for Respondent*

**SO ORDERED:**

_____ 7-15-15
U.S.D.J.